IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRINA HONEYCUTT                                                                 PLAINTIFF

V.                                    NO. 3:13CV00049-JTR

CAROLYN W. COLVIN,                                                          DEFENDANT
Acting Commissioner,
Social Security Administration

**<u>ORDER</u>**

Plaintiff has filed a Motion to Dismiss this civil action without prejudice.

(Docket entry #11.) She asserts that she has elected not to pursue this matter further.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Dismiss (docket

entry #11) is GRANTED. Plaintiff's Complaint is hereby DISMISSED without

prejudice.

DATED this 13th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE