IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRINA HONEYCUTT                                                                     PLAINTIFF

V.                          NO. 3:13CV00049-JTR

CAROLYN W. COLVIN,                                                                  DEFENDANT
Acting Commissioner,
Social Security Administration

# JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 13th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE